Eduardo J. Celaya, AZ BAR NO.: 014747
Of Counsel to The Law Offices of Michael Lupolover, P.C.
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
Telephone: 602-281-4547
Fax: 866-810-6455
Email: celayalaw@gmail.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| JADA LOVE,<br>           Plaintiff,<br>     vs.<br><br>I.Q. DATA INTERNATIONAL,<br>           Defendant. | Case No.: 2:15-cv-00453-DLR<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, JADA LOVE, through her counsel, Eduardo J. Celaya, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant, I.Q. DATA INTERNATIONAL.

Dated May 6, 2015

                                        Respectfully submitted,

                                        /s/*Eduardo J. Celaya*
                                        Attorney for Plaintiff
                                        Eduardo J. Celaya
                                        Law Office of Eduardo J. Celaya, PLLC
                                        Biltmore Office Plaza
                                        2942 N. 24th Street, Suite 114
                                        Phoenix, AZ 85016

Of Counsel to the Firm of:
Law Offices of Michael Lupolover, PC
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2015, I served a copy of Plaintiff's Request for Voluntary Dismissal via the Court's ECF System and by electronic mail to Michael O'Meara, Attorney for the Defendant at michaelo@iqdata-inc.com.

Dated: May 6, 2015

        Respectfully Submitted,

        */s/Eduardo J. Celayqa*
        Attorney for Plaintiff
        Eduardo J. Celaya
        Law Office of Eduardo J. Celaya, PLLC
        Biltmore Office Plaza
        2942 N. 24th Street, Suite 114
        Phoenix, AZ 85016

        Of Counsel to the Firm of:
        Law Offices of Michael Lupolover, PC
        120 Sylvan Avenue, Suite 300
        Englewood Cliffs, NJ 07632